# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>David Santoyo-Lugo,<br>a.k.a.: David Lugo,<br>(A088 733 475)<br>*Defendant* | Case No. 17-9301 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of July 11, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

David Santoyo-Lugo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near San Luis, Arizona, on or about October 27, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY:  *CEB* Charles E. Bailey, P.S. for AUSA Margaret Perlmeter

☒ Continued on the attached sheet.

*Complainant's signature*

Marcus D. Leggett,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 12, 2017

*Judge's signature*

City and state:  Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Marcus D. Leggett, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On July 11, 2017, while following a lead, the Phoenix ICE Fugitive Operations Unit (FUGOPS) encountered David Santoyo-Lugo, while conducting a knock and talk, at 4130 N. Black Canyon Highway, in Phoenix, Arizona. At the scene, FUGOPS officers interviewed Santoyo-Lugo and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Santoyo-Lugo was transported to the Phoenix ICE office for further investigation and processing. Santoyo-Lugo was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed David Santoyo-Lugo to be a citizen of Mexico and a previously deported criminal alien. Santoyo-Lugo was removed from the United States to Mexico at or near San Luis, Arizona, on or about October 27, 2014, pursuant to the reinstatement of a removal order issued by an immigration judge. There is no record of Santoyo-Lugo in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Santoyo-Lugo's immigration

1

history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that David Santoyo-Lugo was convicted of two counts of Possession of a Controlled Substance, a felony offense, on March 16, 2011, in the Eleventh Judicial District, County of McKinely, State of New Mexico. Santoyo-Lugo was sentenced to three (3) years' incarceration and three (3) years' probation. Santoyo-Lugo's criminal history was matched to him by electronic fingerprint comparison.

5. On July 11, 2017, David Santoyo-Lugo was advised of his constitutional rights. Santoyo-Lugo freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about July 11, 2017, David Santoyo-Lugo, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near

///

///

///

San Luis, Arizona, on or about October 27, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Marcus D. Leggett,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 12th day of July, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge